# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH PETER SANCHEZ,<br><br>    Petitioner,<br><br>v.<br><br>K. HOLLAND,<br><br>    Respondent. | No. CV 10-8213-DDP (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: 2/20/13

_____
DEAN D. PREGERSON
United States District Judge